UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLADAYO OLADOKUN,           )
                            )
           Petitioner,      )
                            )
v.                          )   Civil Action No. 06-1595 (CKK)
                            )
BUREAU OF PRISONS, *et al.*,)
                            )
           Respondents.     )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's petition for a writ of habeas corpus [Dkt. #1] is

DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Dated: Nov. 2, 2006